DNJ-CR-023 Order Regarding Use of Video/Teleconferencing for Felony Proceedings (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | C2 |
| | * | |
| v. | * | CRIM. NO. 22- 431 |
| | * | |
| DEVIN KYLE | * | |
| | * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with the operative COVID-19 standing orders, this Court finds:

☑ That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

☑ That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:

1) to permit the defendant to obtain a speedy resolution of his case; 2) consent of the defendant; and 3) to all the Government to focus resources on emerging criminal matters.

Accordingly, the proceeding(s) held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

☐ Other:

Date:       June 27, 2022

_____
Honorable Brian Martinotti
United States District Judge